**Johnie THROCKMORTON, Appellant, v. ST. LOUIS–SAN FRANCISCO RAILWAY COMPANY, a corporation.**

No. 14118.

United States Court of Appeals
Eighth Circuit.

May 2, 1950.

John H. Haley, Jr., and Charles P. Noell, St. Louis, Mo., for appellant.

E. G. Nahler, C. H. Skinker, Jr., Roscoe Anderson and Cullen Coil, all of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.

**Dr. F. A. NEWCOMB v. FEDERAL TRADE COMMISSION.**

No. 3920.

United States Court of Appeals
Tenth Circuit.

June 9, 1950.

Jerome Walsh, Kansas City, Mo., for petitioner.

William T. Kelley, General Counsel, James W. Cassedy, Assistant General Counsel, and Alan B. Hobbes, Attorney, Federal Trade Commission, all of Washington, D. C., for respondent.

Before PHILLIPS, Chief Judge, and PICKETT, Circuit Judge.

PER CURIAM.

Petition to review dismissed April 12, 1950, for failure to prosecute.

**Charles W. VAN BUREN, Appellant, v. UNITED STATES of America, Appellee.**

No. 13081.

United States Court of Appeals
Fifth Circuit.

June 5, 1950.

No appearance entered for appellant.

Henry H. Durrence, Asst. U. S. Atty., Savannah, Ga., for appellee.

Before HOLMES, WALLER and BORAH, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.